UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN WARTELLA,

    Plaintiff,

vs.                              CASE NO.:

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, JOHN WARTELLA, ("Wartella"), by and through the undersigned attorney, and sues the Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum") and alleges as follows:

## GENERAL ALLEGATIONS

1.    This is an action for relief under the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. §§1001, et seq.

2.    This Court has jurisdiction pursuant to 29 U.S.C. §1132(e).

3.    This Court has venue pursuant to 29 U.S.C. §1132(e). In particular, in ERISA actions, venue is proper where the performance of the Plan terms was to take place. Benefits here were to be paid at Wartella's home address in Winter Springs, Florida. See Exhibit "A" attached hereto.

4. Wartella is and/or was a participant in each of the plans, funds, programs or arrangements described herein.

5. Wartella was an employee of AmeriTeam Services LLC d/b/a TeamHealth ("TeamHealth" or "Employer") and as such he was insured through a group disability policy issued to TeamHealth by Unum.

6. The Employer is the Plan Sponsor and Plan Administrator of the employee welfare benefit plan providing long term disability benefits.

7. The "Plan" is a welfare benefit plan established under ERISA to provide long term disability benefits to those participants who satisfy the terms and conditions of the Plan to receive such benefits.

8. A copy of what purports to be a document describing benefits payable under the Plan is attached hereto as Exhibit "B".

9. Unum is the claims administrator, it makes the "full and fair" final review of claims and it insures the payment of benefits under the Plan.

10. Unum denied and/or terminated Wartella's claim finding that he was not disabled under the terms of the Plan. Unum's last denial letter is dated May 5, 2021.

11. With respect to the claims made herein, Wartella has exhausted his administrative remedies and/or exhaustion has been excused or is waived.

# COUNT I
## (Action for Plan Benefits 29 U.S.C. §1132(a)(1)(B))

Wartella incorporates the allegations contained in paragraphs 1 through 11 above, and further states:

12. The Plan provided for the payment of long term disability benefits in the event Wartella became disabled as defined in the Plan. The Plan also provided for the continuation of other benefits in the event of disability. The other benefits are described with particularity in the applicable plan documents for those plans.

13. Wartella was and is disabled as defined by the Plan at all times material hereto.

14. Wartella made a claim for Plan benefits. Said claim for benefits was terminated or denied.

15. Wartella is entitled to Plan benefits.

16. Unum has failed and refused to pay Wartella sums due pursuant to the terms of the Plan, breaching the terms of said Plan.

17. Because of the failure to pay benefits pursuant to the terms of the Plan, Wartella has been forced to retain the undersigned attorneys and is obligated to pay them a reasonable attorney's fee. Wartella is entitled to recover attorney's fees as authorized by 29 U.S.C. §1132(g).

WHEREFORE, plaintiff, Wartella, prays for relief from defendant, Unum for the payment of disability benefits, reinstatement to all other benefits, including the waiver of premiums as if benefits had never been terminated or denied, plus attorney's fees and costs and any other such further relief as the Court deems proper.

Date: June 22, 2021

              */s/Gregory D. Swartwood*
              Gregory D. Swartwood, Esquire
              Florida Bar No. 858625
              The Nation Law Firm, LLP
              570 Crown Oak Centre Drive
              Longwood, FL 32750
              Telephone: (407) 339-1104
              Facsimile: (407) 339-1118
              E-Mail: gswartwood@nationlaw.com
              Attorneys for Plaintiff