IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN WARTELLA,

    Plaintiff,

v.

                              CASE NO. 6:21-cv-01059-PGB-DCI

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, including all claims against all parties, with each party to bear its own attorney fees and costs.

DATED: February 28, 2022.

| /s/Gregory D. Swartwood | /s/ Wm. Jere Tolton, III |
|---|---|
| GREGORY D. SWARTWOOD, ESQ. | WM. JERE TOLTON, III, ESQ. |
| Florida Bar Number: 858625 | Florida Bar Number: 887943 |
| gswartwood@nationlaw.com | jtolton@kilmerlaw.com |
| THE NATION LAW FIRM, LLP | KILMER, VOORHEES & LAURICK, PC |
| 570 Crown Oak Centre Drive | 2701 NW Vaughn Street, Suite 780 |
| Longwood, FL 32750 | Portland, OR 97210 |
| (407) 339-1104 Telephone | (503) 224-0055 Telephone |
| (407) 339-1118 Facsimile | (503) 222-5290 Facsimile |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant<br>Unum Life Insurance Company of America |